IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA, et al.,

         Petitioners,

   v.

JOEL T. HILBERT,

         Respondent.
_____/

NO.  MISC.S-05-0018 DAD

ORDER

      At the November 4, 2005, hearing in this matter, and in the written order issued following that hearing (see Order filed November 7, 2005), attorney Helga White was directed to file written confirmation of her appearance as respondent's attorney of record within three (3) court days of that hearing.  See L.R. 83-182(a)(2)(iii).  Counsel has failed to timely file the required writing.

      Accordingly, attorney Helga White is HEREBY ORDERED to show cause in writing within five (5) court days of the date of this order why she should not be sanctioned for her failure to file the required

1

1  writing.  The filing of the required confirmation will be deemed
2  compliance with this order.
3       The Clerk of the Court is directed to serve this order on
4  the parties at their addresses of record as well as Ms. White at the
5  following address:

>   Helga A. White
>   Law Offices of Helga A. White
>   350 Bridgeview Drive
>   Auburn, CA 95603

9  DATED: November 18, 2005.

```
_____
DALE A. DRCZD
UNITED STATES MAGISTRATE JUDGE
```

DAD:th
Ddad1/orders.civil/hilbert0018.osc.counsel