IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA, et al.,

         Petitioners,

    v.

JOEL T. HILBERT,

         Respondent.
_____/

NO. MISC.S-05-0018 DAD

ORDER

       Pursuant to the Notice of Compliance and Request to Vacate Hearing filed by petitioners on December 12, 2005, IT IS HEREBY ORDERED that:

       1. The further hearing on the order to show cause re civil contempt set for December 13, 2005, is vacated;

       2. The order to show cause re civil contempt filed September 27, 2005, is discharged; and

/////

/////

/////

1

3. This action is dismissed. The Clerk of the Court is directed to close the file.

DATED: December 12, 2005.

*Dale A. Drozd*
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:th
Ddad1/orders.civil/hilbert0018.vacate